1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JENNINGS RYAN STALEY,

Defendant.

Case No.:  20-cr-1227-GPC

**PROTECTIVE ORDER**

Under Rule 16(d) of the Federal Rules of Criminal Procedure pertaining to pretrial discovery, and General Order No. 514 of the United States District Court for the Southern District of California ("General Order No. 514"), to prevent premature disclosure of evidence to other targets, subjects, and witnesses of ongoing investigations, and to safeguard the sensitive protected health information, financial information and personally identifiable information of third parties,

IT IS HEREBY ORDERED that:

1.      Any discoverable documents that were filed under seal are unsealed for the limited purpose of allowing the United States to provide them to defendant and defense counsel in discovery.

2.      The United States is authorized to disclose to the defense grand jury matter

1  in order to fulfill its statutory and Constitutional discovery obligations in this case. The

2  term "grand jury matter" as used in this Order means (1) transcripts of testimony before

3  the grand jury, and (2) documents or objects marked as grand jury exhibits.

4       3.    The United States shall designate as "Sensitive Personal Health

5  Information" (or "SPHI") all records produced in discovery containing personal

6  identifying information ("PII") and/or sensitive protected health information about any

7  third party, including but not limited to name, address, date of birth, Social Security

8  number, driver's license number, telephone number, account number, or personal

9  identification number, as well as health information of any kind.

10       4.    The United States shall designate as "Confidential Material" (or "CM") all

11  records produced in discovery containing any information relating to an undercover law

12  enforcement employee.

13       5.    The "Defense Team" shall include defendant's counsel of record, any

14  counsel assisting defendant's counsel of record, defense investigators assisting with this

15  case, retained experts or potential experts, and paralegals, legal assistants, and other

16  support staff assisting defendant's counsel of record on this case.

17       6.    The Defense Team shall use SPHI and CM for the sole purpose of

18  investigating, preparing for trial, trial, and any appeals of this matter and for no other

19  purpose. The Defense Team may not distribute, disseminate, disclose, or exhibit SPHI

20  or CM to any person who is not a part of the defense, except as further set forth herein.

21       7.    Defense counsel shall sign a copy of this Protective Order, acknowledging

22  its terms and agreeing to comply with them, and ensure that every member of the

23  Defense Team is advised of the Order and agrees to be bound by its terms. The Defense

24  Team shall take all reasonable steps to: (a) maintain the confidentiality of SPHI and

25  CM, and (b) safeguard SPHI and CM produced in this case from disclosure to or review

26  by any third party.

27

28

8.      The parties also agree that any SPHI or CM produced in the course of discovery in this matter prior to the date of entry of this Protective Order shall also be subject to its terms if it contains information that constitutes SPHI or CM, even if not expressly designated.

9.      The Defense Team may share discovery materials (including SPHI and CM) with any investigators, consultants or experts retained by the defense in connection with this case, provided that the defense informs any such individual(s) of this Order and obtains his/her written agreement to be bound by its terms. The Defense Team may show witnesses discovery materials (including SPHI and CM) as necessary for the preparation of the defense, but may not give copies of the materials to witnesses absent further Order of the Court. The Defense Team is specifically prohibited from leaving copies of SPHI or CM with any witnesses absent prior order of Court.

10.     The Defense Team shall return any and all copies of the discovery (including SPHI and CM) to the United States within 90 days of the conclusion of the proceedings in the above-referenced case, including any appeal.

11.     If defendant wishes to object to any designation by the United States of discovery as SPHI or CM, he may do so by motion to the Court, after meeting and conferring with the United States concerning the objection.

12.     To the extent that any of the criminal discovery materials contain any individual's personal information, within the meaning of General Order 514, the Defense Team shall redact any filings referencing or containing said materials in a manner consistent with General Order 514. Any discovery containing SPHI or CM shall be redacted to remove the SPHI or CM before filing with the Court. Any party who wishes to file discovery containing SPHI or CM with Court without redaction shall seek to do so under seal.

13.     To the extent that any criminal discovery materials were filed with the court under seal, the Defense Team shall file a motion to unseal the documents with

*United States v. Jennings Ryan Staley*
*20-cr-1227-GPC*

1 notice to the United States before any pleadings or exhibits referencing or containing

2 said materials may be publically filed.

3        14.    If defense counsel withdraws or is disqualified from participation in this

4 case, the Defense Team shall return any discovery produced pursuant to the Order shall

5 be returned to the United States within 10 days.

6

7       SO ORDERED.

8

9 DATED: _____June 9_____, 2020

10

11                            HON. GONZALO P. CURIEL

12                            United States District Court

13                            Southern District of California

14       I have reviewed the foregoing protective order, and consent to its entry and agree

15 to be bound by its terms.

16

17 DATE: _____June 8___, 2020        ROBERT S. BREWER, JR.

18                            United States Attorney.

19

20                            Nicholas W. Pilchak

21                            Assistant U.S. Attorney

22

23 DATE: 6/8/20, 2020

24                            Patrick Griffin

25                            Attorney for Defendant

26                            JENNINGS RYAN STALEY

27

28