# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　V.<br><br>JENNINGS RYAN STALEY,<br><br>　　　　　　　　Defendant. | Criminal Case No. 20-CR-1227-GPC<br><br>ORDER |

　　　No objections having been filed, **IT IS ORDERED** that the Findings and Recommendation of the Magistrate Judge are adopted and this Court accepts Defendant's PLEA OF GUILTY to Count(s) 4 of the Superseding Indictment.

Dated:   July 30, 2021

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　HON. GONZALO P. CURIEL
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge