**Patrick M. Griffin [SBN 276171]**
Griffin Law Office, APC
180 Broadway. Suite 1810
San Diego, CA 92101
Telephone: (619) 269-2131
Fax: (619) 344-0041
Patrick@GriffinLawOffice.com

Attorney for Defendant
JENNINGS STALEY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JENNINGS STALEY,<br><br>Defendant. | Case No: 20-CR-01227-GPC<br><br>**NOTICE OF MOTION AND MOTION TO MODIFY PRETRIAL RELEASE CONDITIONS**<br><br>**[UNOPPOSED]** |

Defendant, JENNINGS STALEY, by and through his counsel of record, Patrick M. Griffin., hereby moves the Court to modify the conditions of supervised release previously set for Defendant as follows: To allow Mr. Staley to travel to the Omni Hotel in Dallas, TX. from September 8, 2021 to September 12, 2021 for a work commitment.

Assistant United States Attorney Nicholas W. Pilchak and United States Pre-Trial Services Officer Parris, have no objection to the request made herein.

Defendant is in compliance with all other terms and conditions of his supervised release and remains gainfully employed. All other conditions of supervised release would remain the same.

Dated: August 18, 2021                    Respectfully submitted,

                                           /s/Patrick M. Griffin
                                           PATRICK M. GRIFFIN
                                           Attorney for Defendant
                                           JENNINGS STALEY