Patrick M. Griffin [SBN 276171]
Griffin Law Office, APC
180 Broadway, Suite 1810
San Diego, CA 92101
Telephone: (619) 269-2131
Fax: (619) 344-0011

**Attorney for Defendant
JENNINGS STALEY**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JENNINGS STALEY,<br><br>Defendant. | Case No: 3:20-CR-1227-GPC<br><br>**SURETY DECLARATION OF NON OPPOSITION REGARDING MODIFICATION OF PRETRIAL RELEASE CONDITIONS** |

I, NOBLE STALEY, executed a Surety Bond for the Defendant, JENNINGS STALEY. I have no opposition to the Modification of Pretrial Release Conditions as follows: The defendant must complete six months of inpatient substance abuse therapy and counseling. All other conditions remain.

Dated: April 26, 2022

NOBLE STALEY